FIRST NATIONAL BANK OF OLEAN, as Administrator D.B.N. of the Estate of THOMAS McGUIRE, Deceased, Respondent, *v.* BALTIMORE AND OHIO RAILROAD COMPANY, Appellant.

Argued April 13, 1954; decided May 20, 1954.

614

*Ellsworth Van Graafeiland* for appellant.

*G. Sydney Shane* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.